# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **JOSE SAMUEL LANDAVERDE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **4:08-cv-00230-VEH-JEO** |
| ) | |
| **MARSHALL COUNTY SHERIFF'S** ) | |
| **DEPARTMENT,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 1, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim for which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the Court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

**DONE** this the 5th day of May, 2008.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge